**Exhibit A to the Complaint**

**Location:** Minneapolis, MN  
**Total Works Infringed:** 48  
**IP Address:** 207.153.21.102  
**ISP:** US Internet

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6D050C2938E524D5847F54436E2445B5E981F5A0 | 12/17/2024 20:42:08 | TushyRaw | 12/17/2024 | 01/16/2025 | PA0002509634 |
| 2 | 888c99962cfdc80356be1b35086659f45fe87bd9 | 01/10/2025 05:58:22 | Blacked | 12/29/2024 | 01/15/2025 | PA0002509287 |
| 3 | ED212932D18930EDE348FCD276B366FF5BEEFDDF | 12/09/2024 17:01:28 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 4 | ea3da6c04efa543464bf830242d5e566db476b31 | 10/18/2024 18:31:20 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |
| 5 | 1FB3A8A3AA98265683EB6D47AF2DE64D14AA6846 | 10/09/2024 06:39:33 | TushyRaw | 10/08/2024 | 10/16/2024 | PA0002494718 |
| 6 | dfd566d8b278ce4ce57310abb1342488cea6bc94 | 09/05/2024 02:10:01 | Blacked Raw | 07/22/2024 | 08/14/2024 | PA0002484878 |
| 7 | e4ed6a081393f296a3b0931e6db675ccf88f392f | 09/05/2024 02:08:18 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 8 | DCCAF16FBBB8BCB3BAA3D6BE54DF585F17D666C8 | 08/20/2024 17:26:15 | Blacked Raw | 08/12/2024 | 09/17/2024 | PA0002490352 |
| 9 | cfebc9ae50cd5776401b39ff5ff280eb18aed998 | 08/02/2024 06:20:37 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 10 | 5517d1d269d5d1da7dd12d707711d321b043699f | 07/28/2024 02:39:05 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 11 | 0ffb256c312be023892b5eec33e941d64a8791b4 | 07/01/2024 18:08:24 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 12 | 01ffe2069b4726f71fbecb4d7db2047ed047459e | 06/10/2024 06:29:45 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 13 | 302f35d320bdbcee8c91acf1aca3600cca691c5b | 04/22/2024 06:16:36 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 14 | 463E4448258EF0D45E9AF875DA297DC6BC3AF4C1 | 04/02/2024 04:04:00 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 15 | 0E3F0D32BB1209102CF9F8B2ED78EB097FE552B3 | 03/25/2024 05:42:51 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 16 | dc66c48db4fbd78994626c9ec10883b5c3b79357 | 03/22/2024 13:06:49 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 31e69fe155c4ca617baf4d8f6c933df4cdfc287f | 03/15/2024 09:26:47 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 18 | d2c5ec34f6c2ed3b70a1b01ed1ba363f7aafe238 | 03/15/2024 06:19:54 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 19 | d20ca8e794e215b6912345120fc2e08ee3000f84 | 03/11/2024 01:23:00 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 20 | 693F697CBF4431F197EE5A223C18662D6E98B78D | 01/26/2024 02:53:33 | Tushy | 09/25/2022 | 10/05/2022 | PA0002373771 |
| 21 | 162337e60fb23131f9d01a70f85d6e24e236d211 | 01/11/2024 03:17:04 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 22 | 8DCE91605505E7158745198A3CD6E4553E30F43B | 12/27/2023 06:23:06 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 23 | 353c1cd8a963daa0e6d0ef7d49a615d40ee68fff | 12/10/2023 00:16:54 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 24 | 3abb4297e5e83022a80df6df45f6a266567e5163 | 11/29/2023 03:21:20 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 25 | 549ae9d65a13275ed86487466e0dcb3fa7a0c4da | 10/20/2023 20:56:12 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 26 | DBC363077233B950A749CAAAA68BE9F15613E42B | 10/16/2023 12:11:37 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 27 | 473D089CFF5050B7D46345B91244075D0473C03F | 10/16/2023 12:10:51 | Tushy | 08/29/2021 | 09/21/2021 | PA0002312672 |
| 28 | d113334fa7ff7f67cf5d3b430313d36654c67cfe | 10/14/2023 03:45:54 | Vixen | 09/29/2021 | 11/11/2021 | PA0002321322 |
| 29 | d99dde80e2b27cf679d291584c534be412d77c36 | 10/12/2023 14:24:55 | Blacked Raw | 09/13/2021 | 11/11/2021 | PA0002321292 |
| 30 | D1E9777E67C9341EDDCA1915A749026CC2307DB6 | 10/09/2023 21:49:55 | Tushy | 10/24/2021 | 11/11/2021 | PA0002321315 |
| 31 | ca6d170c3e0e57d2c3e89501fafa789c4dd0dadf | 10/03/2023 07:51:31 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 32 | E078B84E2961C5CBE891F39D63B85A576897E52F | 09/30/2023 05:40:30 | Tushy | 11/29/2020 | 01/04/2021 | PA0002277033 |
| 33 | 6ACBF9FFF7438C1FCDFBA48442CF551B211A4390 | 09/30/2023 05:30:04 | TushyRaw | 07/26/2023 | 08/17/2023 | PA0002425530 |
| 34 | 2f78f03c84e2a680bd954679af6418805a70ef1e | 09/30/2023 05:24:46 | Tushy | 07/03/2022 | 07/22/2022 | PA0002359464 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 5d6be6a2860f592b5805265329ad87179961c574 | 09/20/2023 20:16:25 | Blacked Raw | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 36 | ce94257c5f905763c1535dd03f87aa9423a94745 | 08/25/2023 11:08:24 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 37 | f682dfbee6ef45485f282feb3d208fc5ebf989a2 | 08/20/2023 00:42:10 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 38 | 1f60a792735e33da783368483f858eba47836dae | 08/17/2023 01:42:25 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 39 | 4A68F8FA9BC0E789580F3CC431002C581713164F | 08/10/2023 07:21:40 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |
| 40 | B54B922E38AFFA3365619537ECCA231E22E1F275 | 07/20/2023 07:13:54 | Tushy | 07/16/2023 | 08/17/2023 | PA0002425541 |
| 41 | 8198fcff43a2010c34fa503d6ab16d75e3087638 | 07/20/2023 07:13:54 | TushyRaw | 07/19/2023 | 08/17/2023 | PA0002425534 |
| 42 | ebd1a0130d2765d9e82035adae93d5d368809327 | 07/19/2023 11:58:30 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 43 | BC01389F9DDD7FE064BDB597E639D4AD1E5D6535 | 06/29/2023 09:56:56 | TushyRaw | 06/28/2023 | 08/22/2023 | PA0002431059 |
| 44 | daf1ca98caa49c3955259328c5ab00b2b84cbb60 | 06/28/2023 12:28:36 | TushyRaw | 05/31/2023 | 07/14/2023 | PA0002427524 |
| 45 | A4619D518F63D4840EFDDC50DDA2B13E9371CA61 | 05/22/2023 02:35:46 | Tushy | 02/27/2022 | 03/29/2022 | PA0002342706 |
| 46 | 78D6507E6AC2F97007D9B87170692852F4F3658D | 05/22/2023 02:17:36 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 47 | D1651C6DA29AE55AF598EC11B767B6F14CA7D63B | 05/22/2023 01:45:59 | Tushy | 11/06/2022 | 12/11/2022 | PA0002384747 |
| 48 | 16346000E4A519F8B6AA8CE045A0A74111BE686D | 05/15/2023 05:36:02 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |